## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Vickie J White

     **Plaintiff,**

vs.

Amazon

     **Defendant(s)**

:
:
:
:
:
:
:
:

Civil Action No. 20-CV-537-CG-N

FILED NOV 9 '20 PM 4:03 USDC/ALS

### COMPLAINT

1. Plaintiff resides at  6964  Airport Blvd D57  Mobile AL 36608

2. Name(s) of defendant(s)  1

3. Location of principal office(s) of the named defendant(s) c/o Neil M. Alexander, Shareholder 2301 McGee Street 8th Floor c/o Littler Mendelson, P.C. GSC (hCS) Kansas City MO 64108

4. Nature of business of defendant(s) Sales, shipping, studios, publishing and marketing

5. Approximate number of individuals employed by defendant(s) _____

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __X__ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) __X__ Other acts as specified below: Damage to car after reporting saftey issue and after a seizure in October Manager punch time card in and out while not there and schedule to work. Accused of making racial comments. Accused of Being disrespectful while having a seizure.

Rev. 8/2015

Job threated as leaving to go to the ER after show signs of a stroke Was place on unpayed medical leave By the company that they accused me of apply for to which I knew nothing about until I was jumped by HR 3 hours after (my car wreck) visit from hospital. To which I walked home and I called my family. They did not call any one. They searched my car taking my seizure medication out of it.

7.   Plaintiff is:

(A) _____ Presently employed by the defendant.

(B) __X__ Not presently employed by the defendant.

The dates of employment were *June 4, 2019 - Feb 24, 2020*

(1) _____ Plaintiff was discharged.

(2) _____ Plaintiff was laid off.

(3) _____ Plaintiff left the job voluntarily.

8.   Defendant(s) discriminated against me on account of my:

(A) _____ Race                    _____ Sex

_____ Color                   _____ National Origin

_____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII

of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) __X__ Physical disability

_____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act,

specifically, 42 U.S.C. § 12117.

(C) _____ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

Act of 1967, specifically, 29 U.S.C. § 626.

9.   The name(s), race, sex, and the position or title of the individual(s) who allegedly

discriminated against me during the period of my employment with the defendant company is

(are) *mangement, HR, coworkers*

10.   The alleged discrimination occurred on or about *July 2019 - Feb 24, 2020*

11.   The nature of my complaint, i.e., the manner in which the individual(s) named above

9. Andrew McCoy —
   Tony Clements — Supervisor
   Taylor Garrity — HR
   Nathan Brummett — Regional HR ~~Engineer~~
   Nick
   CK                — mangement  district
   Jennifer Chinners ⎫ Safety  No classes
   Paula —          ⎭

       This woman
          tRied to attack me on the 24th
       and afew month befores this yelled
       and tried to attack another woman
       who later had got sick and has
       never returned. Nothing was done to
       this woman.

discriminated against me in terms of the conditions of my employment, is as follows: _____

I was told that my disability would not be a problem. Bring paper work in stating my health issues they would work with me. This was told to me by the Hiring HR. I was also promised I could request to learn any thing if there was an opening I was denied this. All information was false

12.   The alleged illegal activity took place at  Theodore, AL

_____

13.   I filed charges with the Equal Employment Opportunity Commission regarding alleged

discriminatory conduct by defendant(s) on or about  March 7, 2020

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission.  This letter was received by me on  Sept 7, 2020

14.   I seek the following relief:

(A)   _X_  Recovery of back pay.

(B)   _X_  Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date:  11-4-2020

_Vickie J White_
Signature of Plaintiff

6964 Airport Blvd D57
Mobile AL 36608
Address of Plaintiff

251 321-1388
Telephone Number of Plaintiff

I was asked to give them a number
to settle because I didn't want it to
come to this.

But They claim that they are review
something that they claimed they were
in the right to do.

I have proof that I was living in
Mississippi from June 2019 - Nov 2019
they never paid Mississippi taxes
And they have a warehouse in hattiesburg MS.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Vickie J. White<br>6964 Airport Boulevard<br>Apartment D57<br>Mobile, AL 36608 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| **425-2020-00650** | **LANEETRA D. HARRIS,**<br>Investigator | | **(251) 690-2583** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*

**Erika LaCour,**
**Local Office Director**

09-02-2020

*(Date Mailed)*

Enclosures(s)

cc: **Amazon**
**c/o Neil M. Alexander, Shareholder**
**2301 McGee Street, 8th Floor**
**c/o Littler Mendelson, P.C. - GSC (LCS)**
**Kansas City, MO 64108**

Vickie J White
6964 Airport Blvd D57
Mobile, AL
36608



MOBILE P&DC 366
FRI 06 NOV 2020  AM

United States District Court
Southern District of Alabama
   155 St Joseph Street
     Mobile, AL
         36602